UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID OPPENHEIMER,
                        Plaintiff,        21 Civ. 04834 (LGS)

       -against-                      ORDER

WORKVILLE, LLC,
                        Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant was served on June 8, 2021.  Dkt. No. 8.

WHEREAS, an answer was due "within 21 days after being served with the summons and complaint," (Fed. R. Civ. P. 12(a)(1)(A)(i)), but no such answer was filed.

WHEREAS, on July 20, 2021, the Clerk of Court entered a certificate of default.  Dkt. No. 11.

WHEREAS, an initial conference is scheduled for August 5, 2021.  Dkt. No. 7.  It is hereby

**ORDERED** that the initial conference is **ADJOURNED** *sine die*.  It is further

**ORDERED** that, by **August 4, 2021**, Plaintiff shall file any motion for default judgment pursuant to the procedures set forth in Attachment A of the Court's Individual Rules.

Dated: July 21, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**