```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID OPPENHEIMER,

            Plaintiff,

-against-

WORKVILLE, LLC, et al.,

           Defendants.

21-CV-4834 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In my Order Scheduling Settlement Conference dated September 23, 2021 (Scheduling Order) (Dkt. No. 22), I directed plaintiff to serve defendants, who have not yet appeared in this action, with a copy of the Scheduling Order and file proof of such service on the docket no later than October 1, 2021. No proof of service has been filed. Plaintiff shall serve a copy of the Scheduling Order on defendants, if he has not done so already, and file proof of such service no later than **October 8, 2021**.

Dated:  New York, New York
         October 5, 2021

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**